UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                   ORDER OF DISMISSAL
                                                               FOR
**Heather Jeanne Lindsay**                   FAILURE TO PROSECUTE
                                                            BANKRUPTCY APPEAL

-------------------------------------------------------X           21-CV-1605 (JPO)

FROM:   VITO GENNA, CLERK
               UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF NEW YORK

TO:        RUBY J. KRAJICK, CLERK
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK

IN RE: Heather Jeanne Lindsay                      BANKRUPTCY CASE: **20-B-10339 (CGM)**
DATE OF FILING NOTICE OF APPEAL: 02/16/2021
BANKRUPTCY DOCUMENT #: 112

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

       _X_  FRBP 8009
       ___ Federal Rules of Civil Procedure (Rule _____)
       ___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
       ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
            York.

Dated:   **July 16, 2021**                                                 Vito Genna, Clerk
         New York, New York                                 U.S. Bankruptcy Court, SDNY

                                                                     By:     s/ Anatin Rouzeau
                                                                             Deputy Clerk

*ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated: July 19, 2021
         New York, New York                                _____
                                                                    J. PAUL OETKEN
                                                                 United States District Judge

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                Ruby J. Krajick , Clerk
                                                                            District Court, SDNY

                                                                               By: _____
                                                                                  Deputy Clerk