UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

HEATHER JEANNE LINDSAY,

                       Appellant.

21-CV-1605 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for Appellee NewRez LLC is directed to respond to Appellant's motion to reopen the case, vacate all orders, and hold a hearing on or before October 6, 2021.

    The Clerk of Court is directed to mail a copy of this order to the *pro se* Appellant.

    SO ORDERED.

Dated: September 14, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                            United States District Judge