UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

HEATHER JEANNE LINDSAY,                                21-CV-1605 (JPO)

               Appellant.                                                     ORDER

J. PAUL OETKEN, District Judge:

    Because Appellant has not complied with Federal Rule of Bankruptcy Procedure 8009 and has not otherwise provided good cause for failing to comply, the motion to reopen is denied.

    The Clerk of Court is directed to close the motion at Docket Number 5 and to mail a copy of this order to Appellant.

    SO ORDERED.

Dated: October 28, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge